# UNITED STATES BANKRUPTCY COURT
## FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In the Matter of: | |
| DEBBIE R. DODD | Chapter 13 |
| Debtor | Case No. 19-10266-BFK |

### OBJECTION TO CLAIM
### NOTICE OF OBJECTION TO CLAIM
### AND
### NOTICE OF SCHEDULED HEARING ON THIS OBJECTION

To:   Beverly Floyd                                              Debbie R. Dodd
      10383 Sesame Court                                  6068 Aster Haven Circle
      Manassas, VA 20110                                  Haymarket, VA 20169

      Office of the Secretary of the Commonwealth         John Paul Goetz
      1111 East Broad St., 4th Floor                      Attorney for Debtor
      Richmond, VA 23219                                  86 W. Shirley Avenue
                                                          Warrenton, VA 20186

You have filed a claim in the amount of $49,600.00 with a Court claim number of 12 in this Chapter 13 case.

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to your filed claim and asks that the remaining balance be disallowed as payments sent to the creditor have been returned with a note from the United States Postal Service stating "Forward Time Exp Return to Sender".

**Your claim may be reduced, modified or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat

Objection to Claim, page 2
19-10266-BFK, Debbie R. Dodd

the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before five business days prior to the scheduled hearing. You must mail a copy to the persons listed below.

**REMOTE HEARING INFORMATION:**

Due to the COVID-19 public health emergency, no in-person hearings are being held.

This hearing will take place remotely through Zoom on the date and time scheduled herein.

To appear at the hearing, you must send, by email, a completed request form (the "Zoom Request Form"), which is available on the Court's internet website at www.vaeb.uscourts.gov, on the page titled, "Temporary Emergency Provisions Regarding ZoomGov Remote Proceeding Access Information." Email your completed Zoom Request Form to the email address listed for the Judge assigned to the case. Following receipt of your Zoom Request Form, Court staff will respond to the email address from which the request was submitted with additional information on how to participate through Zoom.

*** The email address shall be used only to submit Zoom Request Forms. No other matters or requests will be considered by Court staff, and under no circumstances will any such matters or requests be brought to the Judge's attention. Failure to comply with these instructions may result in appropriate action, including but not limited to the imposition of sanctions. ***

**PLEASE NOTE:** You MUST submit the Zoom Request Form no later than two (2) business days prior to this hearing. Any documentary evidence the parties wish to present at the hearing must be filed with the Court in advance of the hearing.

> ***Attend the hearing to be held on March 10, 2022 at 1:30 p.m. in Courtroom #1 on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.
>
> A copy of any written response must be mailed to the following persons:
>
> > Thomas P. Gorman
> > 300 North Washington Street, Ste. 400
> > Alexandria, VA 22314
> >
> > Clerk of the Court
> > United States Bankruptcy Court
> > 200 South Washington Street
> > Alexandria, VA 22314

If you or your attorney do not take these steps, the court will decide that you do not oppose objection to your claim.

Objection to Claim, page 3
19-10266-BFK, Debbie R. Dodd

Date:  February 7, 2022 　　　　　　　　　___/s/ Thomas P. Gorman _____
　　　　　　　　　　　　　　　　　　　　Thomas P. Gorman
　　　　　　　　　　　　　　　　　　　　Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　300 N. Washington St.; Ste. 400
　　　　　　　　　　　　　　　　　　　　Alexandria, VA 22314
　　　　　　　　　　　　　　　　　　　　(703) 836-2226
　　　　　　　　　　　　　　　　　　　　VSB 26421

## CERTIFICATE OF SERVICE

　　　I hereby certify that I have this 7th day of February, 2022, served via ECF to authorized users or mailed a true copy of the foregoing Objection to Claim, Notice of Objection, and Notice of Hearing to the parties listed in the heading hereof.

　　　　　　　　　　　　　　　　　　　　/s/ Thomas P. Gorman _____
　　　　　　　　　　　　　　　　　　　　Thomas P. Gorman